PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

GARY R. CARNEY

TELEPHONE  (212) 373-3051
FACSIMILE  (212) 492-0051
E-MAIL:  gcarney@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

July 14, 2023

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

**VIA FILE & SERVEXPRESS**

Re: *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, 05-md-1720 (MKB) (VMS)
*Grubhub Holdings, Inc., et al.* v. *Visa, Inc., et al.*, No. 19-cv-06555 (E.D.N.Y.) (MKB) (VMS)

Dear Counsel:

On behalf of Defendants in the above-captioned action, as qualified by the signature blocks set forth in the documents identified below, we are writing to confirm that Defendants are serving, via FTP per the parties' agreement, the following materials:

- Defendants' Notice of Motion for Summary Judgment, the accompanying Declaration of Jayme Jonat, and the exhibits attached thereto;

- Defendants' Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried;

- Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment Under *Ohio* v. *American Express*;

- Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment on Plaintiffs' Post-IPO Conspiracy Claims;

- Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment on Plaintiffs' Damages Claims Under Federal Antitrust Laws Based on *Illinois Brick Co.* v. *Illinois*; and

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

- Mastercard's Memorandum of Law in Support of Its Motion for Summary Judgment Based on Mastercard's Lack of Market Power.

In accordance with Judge Brodie's Individual Practices and Rules, the foregoing documents will not be filed with the Court until the motions are fully briefed.

Sincerely,

/s/ *Gary R. Carney*
Gary R. Carney

*Counsel for the Mastercard Defendants*

cc:   Hon. Margo K. Brodie (by ECF, without enclosures)
      Hon. Vera M. Scanlon (by ECF, without enclosures)
      All counsel (by ECF, without enclosures)